

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00596-CR

**IN RE** Phillip Anthony **ZAGONE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Irene Rios, Justice

Delivered and Filed: September 18, 2019

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR WANT OF JURISDICTION

In his petition for writ of mandamus, relator asks this court to direct the Board of Pardons and Paroles (the "Board") to determine relator is entitled to relief, reverse the Board's decision in part, and render the decision the Board should have reached following the Board's panel decision to not grant relator parole. This court's mandamus jurisdiction does not extend to the Board of Pardons and Paroles. *See* TEX. GOV'T CODE § 22.221(a), (b). Therefore, we dismiss relator's petition for want of jurisdiction.

PER CURIAM

Do not publish

---

[1] This proceeding arises from a parole panel decision by the State of Texas Board of Pardons and Paroles.